UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 15-40485
Angelo Herman )
)  Chapter: 13
)
) Honorable Carol Doyle
)
Debtor(s) )

### ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

2. Debtor's Chapter 13 Trustee plan payments are increased to $1,950.00 per month for the remainder of the plan.

3. Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 09, 2017

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625